IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br><br> **Plaintiff,** <br><br> vs. <br><br> AMERICAN BOARD OF MEDICAL SPECIALTIES, <br><br> **Defendant.** | **Civil Action** <br><br> No. _____ |

## DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff Association of American Physicians & Surgeons, Inc., certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

                                              Respectfully submitted,

                                              <u>s/ Andrew L. Schlafly</u>

                                              Andrew L. Schlafly (AS4533)
                                              Attorney at Law
                                              939 Old Chester Rd.
                                              Far Hills, NJ 07931
                                              Phone:  (908) 719-8608
                                              Fax:  (908) 934-9207
                                              Email: aschlafly@aol.com

                                              Attorney for Plaintiff
                                              Association of American Physicians &
                                              Surgeons, Inc. (AAPS)

Dated: April 23, 2013