Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
T: (973) 622-3333
F: (973) 622-3349

Jack R. Bierig (jbierig@sidley.com)
Michael P. Doss (mdoss@sidley.com)
Steven J. Horowitz (shorowitz@sidley.com)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
T: (312) 853-7000
F: (312) 853-7036
*Attorneys for Defendant*
*American Board of Medical Specialties*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BOARD OF MEDICAL SPECIALTIES, <br><br> Defendant. | Civil Action No. 13-2609 (MLC) (LHG) <br><br> **DEFENDANT AMERICAN BOARD OF MEDICAL SPECIALTIES' NOTICE OF <u>MOTION TO DISMISS OR TRANSFER</u>** <br><br> *DOCUMENT FILED ELECTRONICALLY* <br><br> Return Date: July 15, 2013 <br><br> **ORAL ARGUMENT REQUESTED** |

**TO:**   Andrew L. Schlafly (aschlafly@aol.com)
939 Old Chester Rd.
Far Hills, NJ 07931
P: (908) 719-8608
F: (908) 934-9207
*Attorneys for Plaintiff*
*Association of American Physicians & Surgeons, Inc.*

**PLEASE TAKE NOTICE** that on **Monday, July 15, 2013 at 10:00 a.m.**, or as soon

thereafter as counsel may be heard, Defendant American Board of Medical Specialties ("ABMS") shall appear before the Honorable Mary Louise Cooper, U.S.D.J., **Fisher Federal Building & U.S. Courthouse**, 402 East State Street, Trenton, New Jersey 08608, and shall move this Court for an Order dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(3) and/or 12(b)(6), or alternatively transferring this matter to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, ABMS shall rely upon its Brief and on the Affidavit of Laura Skarnulis and Declaration of Jakob B. Halpern, submitted concurrently herewith; any Reply papers to be submitted; and oral argument, if any. Two proposed forms of Order are also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is specifically requested.

    Respectfully submitted,

    **SAIBER LLC**
    *Attorneys for Defendant*
    *American Board of Medical Specialties*

    s/ Arnold B. Calmann
    Arnold B. Calmann (abc@saiber.com)
    Jeffrey Soos (js@saiber.com)
    Jakob B. Halpern (jbh@saiber.com)
    One Gateway Center, Suite 1000
    Newark, New Jersey 07102-5311
    T: (973) 622-3333
    F: (973) 622-3349

    Jack R. Bierig (jbierig@sidley.com)
    Michael P. Doss (mdoss@sidley.com)
    Steven J. Horowitz (shorowitz@sidley.com)
    **SIDLEY AUSTIN LLP**
    One South Dearborn Street
    Chicago, Illinois 60603
    T: (312) 853-7000
    F: (312) 853-7036

Dated: June 17, 2013

## LOCAL CIVIL RULE 11.2 CERTIFICATION

Under Local Civil Rule 11.2, the undersigned counsel for Defendants hereby certifies that the matter in controversy is not the subject of any other pending action, arbitration or administrative proceeding.

        **SAIBER LLC**
        *Attorneys for Defendant*
        *American Board of Medical Specialties*

        s/ Arnold B. Calmann
        Arnold B. Calmann (abc@saiber.com)
        Jeffrey Soos (js@saiber.com)
        Jakob B. Halpern (jbh@saiber.com)
        One Gateway Center, Suite 1000
        Newark, New Jersey 07102-5311
        T: (973) 622-3333
        F: (973) 622-3349

        Jack R. Bierig (jbierig@sidley.com)
        Michael P. Doss (mdoss@sidley.com)
        Steven J. Horowitz (shorowitz@sidley.com)
        **SIDLEY AUSTIN LLP**
        One South Dearborn Street
        Chicago, Illinois 60603
        T: (312) 853-7000
        F: (312) 853-7036

Dated:  June 17, 2013

## LOCAL CIVIL RULE 201.1 CERTIFICATION

Under Local Civil Rule 201.1, the undersigned counsel for Defendants hereby certifies that Plaintiff seeks declaratory and injunctive relief, and therefore this action is not appropriate for compulsory arbitration.

          **SAIBER LLC**
          *Attorneys for Defendant*
          *American Board of Medical Specialties*

          s/ Arnold B. Calmann
          Arnold B. Calmann (abc@saiber.com)
          Jeffrey Soos (js@saiber.com)
          Jakob B. Halpern (jbh@saiber.com)
          One Gateway Center, Suite 1000
          Newark, New Jersey 07102-5311
          T: (973) 622-3333
          F: (973) 622-3349

          Jack R. Bierig (jbierig@sidley.com)
          Michael P. Doss (mdoss@sidley.com)
          Steven J. Horowitz (shorowitz@sidley.com)
          **SIDLEY AUSTIN LLP**
          One South Dearborn Street
          Chicago, Illinois 60603
          T: (312) 853-7000
          F: (312) 853-7036

Dated: June 17, 2013