

**Saiber**
ATTORNEYS AT LAW

**Jakob B. Halpern**
(973) 622-8394
jbh@saiber.com

June 18, 2013

**BY ECF**

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
**Clarkson S. Fisher Federal Building &
U.S. Courthouse**
402 East State Street
Trenton, New Jersey 08608

  Re: *Association of American Physicians & Surgeons, Inc. v.
American Board of Medical Specialties*
    Civil Action No. 13-2609 (PGS) (LHG)

Dear Judge Sheridan:

  Our firm represents defendant American Board of Medical Specialties ("ABMS") in the above matter.

  As directed by Your Honor's law clerk, enclosed for Your Honor's consideration are corrected proposed forms of Order in connection with ABMS's June 17, 2013 Motion to Dismiss or Transfer filed in this matter (see ECF No. 11). In connection with the recent transfer of this matter from Judge Cooper to Your Honor, these orders correct the listed District Judge in both the caption and signatory line.

  We thank the Court for its assistance and cooperation in this matter.

                Respectfully submitted,

                Jakob B. Halpern

/jbh
Enclosures

  cc: All Counsel of Record (w/encls., by ECF & email)

Saiber LLC • 18 Columbia Turnpike • Suite 200 • Florham Park, New Jersey • 07932 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park • Newark • New York • Atlantic City • Point Pleasant Beach
{00783861.DOC}