# EXHIBIT A

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493264003192

| Form **990** | Return of Organization Exempt From Income Tax | OMB No 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | **2011** |
| Department of the Treasury Internal Revenue Service | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements | Open to Public Inspection |

**A** For the 2011 calendar year, or tax year beginning 01-01-2011 and ending 12-31-2011

| B Check if applicable | C Name of organization AMERICAN BOARD OF MEDICAL SPECIALTIES | D Employer identification number |
|---|---|---|
| ☐ Address change | Doing Business As | 41-0847713 |
| ☐ Name change | | E Telephone number |
| ☐ Initial return | Number and street (or P O box if mail is not delivered to street address)   Room/suite | (312) 436-2600 |
| ☐ Terminated | 222 NORTH LASALLE STREET NO 1500 | |
| ☐ Amended return | City or town, state or country, and ZIP + 4 | G Gross receipts $ 14,822,032 |
| ☐ Application pending | CHICAGO, IL 60601 | |

| F Name and address of principal officer LOIS MARGARET NORA MD J 222 NORTH LASALLE STREET NO 1500 CHICAGO, IL 60601 | H(a) Is this a group return for affiliates?   ☐ Yes  ☑ No |
|---|---|
| | H(b) Are all affiliates included?  ☐ Yes  ☐ No If "No," attach a list (see instructions) |
| **I** Tax-exempt status   ☐ 501(c)(3)  ☑ 501(c) ( 6 ) ◀ (insert no )  ☐ 4947(a)(1) or  ☐ 527 | H(c) Group exemption number ▶ |
| **J** Website: ▶ WWW ABMS ORG | |

| K Form of organization  ☑ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶ | L Year of formation 1935 | M State of legal domicile IL |
|---|---|---|

## Part I    Summary

1 Briefly describe the organization's mission or most significant activities
THE MISSION OF ABMS IS TO MAINTAIN AND IMPROVE THE QUALITY OF MEDICAL CARE BY ASSISTING THE MEMBER BOARDS IN THEIR EFFORTS TO DEVELOP AND UTILIZE PROFESSIONAL AND EDUCATIONAL STANDARDS FOR THE CERTIFICATION OF PHYSICIAN SPECIALISTS IN THE UNITED STATES AND INTERNATIONALLY

2 Check this box ▶☐ if the organization discontinued its operations or disposed of more than 25% of its net assets

| | | | | |
|---|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) . . . . | **3** | | 31 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) . . . . | **4** | | 30 |
| 5 | Total number of individuals employed in calendar year 2011 (Part V, line 2a) . . . | **5** | | 50 |
| 6 | Total number of volunteers (estimate if necessary) . . . . | **6** | | 170 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 . . . | **7a** | | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 34 . . . | **7b** | | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) . . . . | 0 | 0 |
| 9 | Program service revenue (Part VIII, line 2g) . . . . | 9,386,840 | 13,065,364 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . | 213,031 | 224,326 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 32,421 | 21,197 |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) . . . . | 9,632,292 | 13,310,887 |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | 1,055,000 | 850,000 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4 ) . . . | 0 | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10 ) | 3,707,342 | 4,705,888 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) . . . . | 0 | 0 |
| b | Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 5,031,517 | 6,205,365 |
| 18 | Total expenses  Add lines 13–17 (must equal Part IX, column (A), line 25) . . . | 9,793,859 | 11,761,253 |
| 19 | Revenue less expenses  Subtract line 18 from line 12 . . . . . . | -161,567 | 1,549,634 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) . . . . . . . . . | 13,558,402 | 16,138,898 |
| 21 | Total liabilities (Part X, line 26) . . . . . . . . | 2,971,349 | 4,233,103 |
| 22 | Net assets or fund balances  Subtract line 21 from line 20 . . . . | 10,587,053 | 11,905,795 |

## Part II    Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ******  Signature of officer | 2012-08-28  Date |
|---|---|---|
| | LOIS MARGARET NORA MD JD MBA PRESIDENT & CEO  Type or print name and title | |

| Paid Preparer's Use Only | Preparer's signature  LU ANN TRAPP | Date 2012-08-28 | Check if self-employed ▶ ☐ | Preparer's taxpayer identification number (see instructions) P01506476 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 | PLANTE & MORAN PLLC 10 S RIVERSIDE PLAZA 9TH FLOOR CHICAGO, IL 60606 | EIN ▶ 38-1357951 | |
| | | | Phone no ▶ (312) 207-1040 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . .  ☑ Yes  ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.          Cat No 11282Y          Form **990** (2011)

Form 990 (2011)              Page **8**

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees (continued)

| (A) Name and Title | (B) Average hours per week (describe hours for related organizations in Schedule O) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| See Additional Data Table | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b** Sub-Total . . . . . . . . ▶ | | | | | | | | | | |
| **c** Total from continuation sheets to Part VII, Section A . . . . ▶ | | | | | | | | | | |
| **d** Total (add lines 1b and 1c) . . . . ▶ | | | | | | | | 2,168,904 | 0 | 311,042 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization▶10

| | | Yes | No |
|---|---|---|---|
| **3** Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? If "Yes," complete Schedule J for such individual . . . . . . . . . . | **3** | Yes | |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? If "Yes," complete Schedule J for such individual . . . . . . . . . . | **4** | Yes | |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? If "Yes," complete Schedule J for such person . . . . . | **5** | | No |

## Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| SILLS CUMMINS & GROSS INC ONE RIVERFRONT PLAZA NEWARK, NJ 071055400 | LEGAL | 648,006 |
| HURON CONSULTING GROUP 4795 PAYSPHERE CIRCLE CHICAGO, IL 60674 | MANAGEMENT CONSULTING | 633,530 |
| CFAR INC 1600 JOHN F KENNEDY BLVD SUITE 60 PHILIDELPHIA, PA 19103 | MANAGEMENT CONSULTING | 249,294 |
| JOHNSON & BELL 33 W MONROE SUITE 2700 CHICAGO, IL 60603 | LEGAL | 165,517 |
| ARNSTEIN & LEHR 120 S RIVERSIDE PLAZA CHICAGO, IL 60606 | LEGAL | 125,534 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶8